**Order entered March 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00377-CV

### MARCO ANTONIO GARDUZA, Appellant

### V.

### MARISOL PEREZ CASTILLO, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-21452-R**

## ORDER

The Court has before it appellant's motion to extend time to file notice of appeal. The Court **GRANTS** the motion and **ORDERS** that the notice of appeal tendered to this Court on March 19, 2013 be timely filed as of that date.

/s/  ELIZABETH LANG-MIERS
   JUSTICE